UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, <br><br> Plaintiff, <br><br> -vs.- <br><br> THE JUICY CRAB, INC.; CAFÉ 88, LLC; KEYING CHEN (AKA RAYMOND CHEN); and LEO CHEN, <br><br> Defendants. | Civil Action No. 1:19-CV-04379-WMR |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter comes before the Court on Defendants The Juicy Crab, Inc.'s, Café 88, LLC's, Keying Chen's, and Leo Chen's (collectively, "Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Defendants' Motion being unopposed, the Court ORDERS as follows:

1. Defendants' Motion is GRANTED.

2. Defendants shall have through and including December 5, 2019, within which to answer, move or otherwise respond to Plaintiff's Complaint.

81581264v.1

- 2 -

It is SO ORDERED this 29th day of October, 2019.

*[signature: William M. Ray II]*

_____
Honorable William M. Ray, II
United States District Judge