# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

BOILING CRAB FRANCHISE CO.,
LLC,

      Plaintiff,

      v.

THE JUICY CRAB INC.; CAFE 88,
LLC; KEYING CHEN A/K/A
RAYMOND CHEN; and LEO CHEN

      Defendants.

CASE NO. 1:19-CV-04379-WMR

## DEFENDANTS' LR 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**1.      The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff Boiling Crab Franchise Co., LLC is a California limited liability company. Defendant The Juicy Crab Inc. is a Georgia corporation and Cafe 88 LLC is a Georgia limited liability company. There are no publicly held

81760940v.1

corporations that have an ownership interest in The Juicy Crab Inc. and Cafe 88 LLC. Keying Chen and Leo Chen are individuals.

2.      **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Plaintiff has advised that the following are: Sinhdarella, Inc., a California corporation (Member, Boiling Crab franchise Co., LLC); Red Crawfish, Inc., a California corporation (Member, Boiling Crab Franchise Co., LLC).

3.      **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Michael Wolak III, Locke Lord LLP, Attorney for Defendants.

Harral Straat Tenney, IV, Locke Lord LLP, Attorney for Defendants.

Todd Deveau, Thomas Horstemeyer LLP, Attorney for Plaintiff.

Cynthia J. Lee, Thomas Horstemeyer LLP, Attorney for Plaintiff.

Steven E. Klein, Davis Wright Tremaine LLP, Attorney for Plaintiff.

Kaley L. Fendall, Davis Wright Tremaine LLP, Attorney for Plaintiff.

81760940v.1

Submitted this 5th Day of December, 2019

**LOCKE LORD LLP**

By:   /s/ *Michael Wolak, III*

Michael Wolak III
Ga. Bar No. 773197
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
T: 404-870-4655
michael.wolak@lockelord.com

H. Straat Tenney *(admitted pro hac vice)*
200 Vesey Street, 20th Floor
New York, NY 10281
T: 212-912-2915
straat.tenney@lockelord.com

*Attorneys for Defendants*

3

81760940v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, I filed the foregoing document

via the Court's CM/ECF system which will automatically send electronic notice of

such filing to all registered counsel of record.

/s/ *H. Straat Tenney*
H. Straat Tenney

81760940v.1